IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| IN RE:  BOBBY JOE HATTON and WANDA JUNE HATTON, DEBTORS | CASE NO.: 6:12-bk-70080 CHAPTER 7 |
| EUGENE PARLIMENT | PLAINTIFF |
| V.                           AP NO.: 6:12-ap-07040 | |
| BOBBY JOE HATTON and WANDA JUNE HATTON | DEFENDANTS |

## ORDER AND JUDGMENT

On April 9, 2012, Eugene Parliment filed a *Complaint Objecting to Discharge and to Determine Dischargeability* ("Complaint"). Bobby Joe Hatton and Wanda June Hatton, the debtors ("debtors"), filed their *Answer* ("Answer") on June 11, 2012. The Complaint and Answer were heard and concluded on May 22, 2013. Based upon the findings of fact and conclusions of laws stated in court and incorporated by reference herein pursuant to Federal Rule of Bankruptcy Procedure 7052, the Complaint is granted in part and denied in part. The debtors are individually and collectively denied their discharge pursuant to 11 U.S.C. §§ 727 (a)(4) and (5).

IT IS SO ORDERED.

Dated this 17th day of June, 2013.

_____
RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE

Cc:   Eugene Parliment
      John Howard, Attorney for Parliment
      Bobby Joe Hatton and Wanda June Hatton, Debtors
      Marc Honey, Attorney for the Debtors
      William Marshall Hubbard, Attorney for the Debtors
      M. Randy Rice, Chapter 7 Panel Trustee

Entered On Docket: 06/17/2013